Shailendra Maheshwari
Mark L. Hogge (pro hac vice)
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Tel.: 202-408-6400

Joel N. Bock
SNR DENTON US LLP
101 JFK Parkway
Short Hills, NJ 07078
Tel.: 973-912-7100
Fax.: 973-912-7199

*Attorneys for Plaintiff,*
*Synchronoss Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES INC.<br><br>                   Plaintiff,<br><br> v.<br><br>ASURION MOBILE APPLICATIONS, INC.,<br><br>                  Defendant. | Civil Action No. 11-5811(FLW/TJB) |

**PLAINTIFF'S MOTION TO FILE THE EXHIBITS TO**
**THE SECOND DECLARATION OF JOHN C. KOSKI UNDER SEAL**

On August 3, 2012, pursuant to this Court's Letter Order of July 18, 2012 (Doc. No. 28), Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") submitted additional documentation which confirms that an attorney-client relationship existed between SNR Denton, US LLP ("SNR") and Asurion Corporation and that such a relationship never existed between SNR and Asurion Mobile Applications, Inc. ("AMA"). Exhibits 1(A)-1(G) of that filing contain

- 2 -

confidential information, which was redacted from the public filing and Plaintiff respectfully requests that the Court issue an Order permitting the filing under seal of those unredacted exhibits (attached hereto).

Respectfully submitted this 3rd day of August, 2012,

/s/Shailendra Maheshwari
Shailendra Maheshwari
shailendra.maheshwari@snrdenton.com
SNR Denton US LLP
1301 K Street, NW
Washington, D.C. 20005
Telephone: (202) 408-6400

Joel N. Bock
joel.bock@snrdenton.com
SNR Denton US LLP
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Telephone: (973) 912-7100