- 3 -

## Certificate of Service

I hereby certify that on the 3rd day of August, 2012, a true and correct copy of the Plaintiff's Motion To File The Exhibits To The Second Declaration Of John C. Koski Under Seal was mailed to counsel of record for Asurion Mobile Applications, Inc.

/s/Shailendra Maheshwari
Shailendra K. Maheshwari
