Shailendra Maheshwari
Mark L. Hogge (pro hac vice)
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Tel.: 202-408-6400

Joel N. Bock
SNR DENTON US LLP
101 JFK Parkway
Short Hills, NJ 07078
Tel.: 973-912-7100
Fax.: 973-912-7199

*Attorneys for Plaintiff,*
*Synchronoss Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES INC.<br><br>                    Plaintiff,<br><br>  v.<br><br>ASURION MOBILE APPLICATIONS, INC.,<br><br>                    Defendant. | Civil Action No. 11-5811(FLW/TJB) |

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE THE EXHIBITS TO
THE SECOND DECLARATION OF JOHN C. KOSKI UNDER SEAL**

THIS MATTER comes before the court on Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") Motion to File the Exhibits to the Second Declaration ("Declaration") of John C. Koski Under Seal. The Exhibits to the Declaration contain confidential information that is not readily publicly available and therefore require under seal filing. The Court having reviewed the

- 2 -

motion hereby GRANTS Synchronoss' Motion to File the Exhibits to the Second Declaration of John C. Koski Under Seal.

    IT IS SO ORDERED.

Dated: _____, 2012    By: _____
                                                                          Honorable Tonianne J. Bongiovanni