Shailendra Maheshwari
Mark L. Hogge (pro hac vice)
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Tel.: 202-408-6400

Joel N. Bock
SNR DENTON US LLP
101 JFK Parkway
Short Hills, NJ 07078
Tel.: 973-912-7100
Fax.: 973-912-7199

*Attorneys for Plaintiff,*
*Synchronoss Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES INC.<br><br>     Plaintiff,<br><br>v.<br><br>ASURION MOBILE APPLICATIONS, INC.,<br><br>     Defendant. | Civil Action No. 11-5811(FLW/TJB) |

**ADDITIONAL DOCUMENTATION IN SUPPORT**
**OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN**
**OPPOSITION TO DEFENDANT'S MOTION TO PROHIBIT**
<u>**THE LAW FIRM OF SNR DENTON, US LLP TO ACT AS COUNSEL FOR PLAINTIFF**</u>

Pursuant to this Court's Letter Order of July 18, 2012 (Doc. No. 28), Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") hereby submits the following additional documentation which confirms that an attorney-client relationship existed between SNR Denton,

US LLP ("SNR") and Asurion Corporation and that such a relationship never existed between SNR and Asurion Mobile Applications, Inc. ("AMA"):

1.  EXHIBIT 1: The Second Declaration of John C. Koski. This document includes exhibits A-G which disclose: (A) the engagement letter between SNR and Asurion Corporation; (B)-(E) SNR's internal "New Matter" and "New Business Intake" forms identifying Asurion Corporation as the firm's client; (F) invoices sent to Asurion Corporation; and (G) checks received by SNR from Asurion Insurance Services and Asurion, not from Asurion Mobile Applications, Inc.

2.  EXHIBIT 2: An official assignment record from the United States Patent and Trademark Office showing that inventors Robert Meadows, Jonathan Salcedo and Garret Larson conveyed their interest in Patent Application No. 11/737,900 to Asurion Corporation, not Asurion Mobile Applications.

Therefore, based upon the foregoing, together with the previous brief and exhibits submitted with its Opposition to Defendants Motion, Synchronoss respectfully renews its request that this Court deny Defendant's Motion and allow it to retain SNR as counsel in this matter.

Respectfully submitted this 3rd day of August, 2012,

/s/Shailendra Maheshwari
Shailendra Maheshwari
shailendra.maheshwari@snrdenton.com
SNR Denton US LLP
1301 K Street, NW
Washington, D.C. 20005
Telephone: (202) 408-6400

Joel N. Bock
joel.bock@snrdenton.com
SNR Denton US LLP
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Telephone: (973) 912-7100