- 3 -

## Certificate of Service

I hereby certify that on the 3rd day of August, 2012, a true and correct copy of the Additional Documentation in Support of MPA Opposition to Motion to Prohibit SNR Denton as Counsel was mailed to counsel of record for Asurion Mobile Applications, Inc.

/s/Shailendra Maheshwari
Shailendra K. Maheshwari