Joel N. Bock
SNR DENTON US LLP
101 JFK Parkway
Short Hills, NJ 07078
Tel.: 973-912-7100
Fax.: 973-912-7199

Shailendra Maheshwari
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Tel.: 202-408-6400

*Attorneys for Plaintiff,*
*Synchronoss Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASURION MOBILE APPLICATIONS, INC.,<br><br>Defendant. | Civil Action No. 11-5811(FLW/TJB) |

## EXHIBIT 1
## SECOND DECLARATION OF JOHN C. KOSKI, ESQ.

I, John C. Koski, declare as follows:

1.  As noted in my first declaration, I am a partner with, and General Counsel for, SNR Denton US LLP. I make this Second Declaration in response to this Court's July 18, 2012 Letter Order seeking additional "information and documentation to clarify ... which corporate entity signed the retainer with SNR and/or paid SNR's fees and which corporate entity communicated with SNR regarding the patents." I make this Declaration based on personal

knowledge following a review of the firm's business records, created and maintained in the ordinary course of the firm's business.

2. The firm's records consistently identified Asurion Corporation as the firm's client over several matters, never any entity called Asurion Mobile.

3. The firm's relationship with Asurion Corporation commenced in early 2005. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the February 3, 2005 Engagement Letter with Asurion Corporation. As reflected in <u>Exhibit A</u>, Asurion Corporation was described as the firm's client; the engagement letter was sent to Asurion Corporation at 160 Bovet Road, Suite 402, San Mateo, CA, 94402; the client contact was John W. Rokow III, the General Counsel of Asurion Corporation. This letter was countersigned by Asurion Corporation.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the firm's internal administrative "New Matter Form" relating to the above engagement. As part of the firm's administrative record keeping, Asurion Corporation was assigned a firm "client number" (40023250) and a "matter number" (0001). Thus, the client/matter number for this matter was 40023250-0001. As with the engagement letter, the internal administrative form identified Asurion Corporation as the firm's client; the client contact as John W. Rokow III, General Counsel of Asurion Corporation; and the address as Asurion Corporation, 160 Bovet Road, Suite 402, San Mateo, CA, 94402.

5. The partner responsible for client/matter number 40023250-0001, Mark Linderman, is no longer with our firm.

6. I understand that the claim of conflict arises out of work on a matter described as "Mobile Phone Data Backup System." As noted in my prior Declaration, at the request of Louise Alexander at "New Asurion" in January 2012, the firm was directed to transfer information relating to this matter to counsel at another firm. The firm complied in February

2012. In so doing, the firm did not maintain copies of the transferred file. Thus, in responding to the Court's present request for information relating to this matter, our search has been limited to those administrative records still maintained within the firm's possession, custody, or control.

7. Attached hereto as <u>Exhibit C</u> is a true and correct copy is a copy of the "New Business Intake Form" relating to the matter described as "Mobile Phone Data Backup System." This matter was opened for the same client, Asurion Corporation, as other earlier matters, but was by that time the seventh such matter. Thus, the client/matter number was 40023250-0007. As reflected in <u>Exhibit C</u>, the form identified Robert Meadows, Jonathan Salcedo, and Garrett Larsson as Inventors. The partner who opened this matter, Yar Chaikovsky, is no longer with our firm.

8. Attached hereto as <u>Exhibit D</u> is a true and correct copy is a copy of revisions to the "New Business Intake Form" relating to client number 40023250. This document was prepared in July 2008, and noted that the address and contact information for Asurion Corporation had changed. The new address was 648 Grassmere Park, Suite 300, Nashville, TN 37211. The new contact was Lisa Toporek. There was no change in the name of entity, which remained Asurion Corporation.

9. Attached hereto as <u>Exhibit E</u> is a true and correct copy is a copy of further revisions to the "New Business Intake Form" relating to client/matter number 40023250-0007. This document was prepared in January 2010, to reflect the fact that attorney Chaikovsky had left the firm, and that attorney Tarek Fahmi would now be the responsible partner. As noted in my prior Declaration, attorney Fahmi left our firm on March 15, 2012.

10. Attached hereto as <u>Exhibit F</u> are true and correct copies of invoices relating to client/matter number 40023250-0007. All these invoices were sent to Asurion Corporation, either at its San Mateo or Nashville addresses. No invoices were sent to Asurion Mobile.

11. Attached hereto as <u>Exhibit G</u> are true and correct copies of checks received from Asurion for the above-referenced invoices. These checks were paid from "Asurion Insurance Services" and "Asurion," not any entity called "Asurion Mobile."

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2012.

                                                   *[signature]*
                                                   John C. Koski

DOCUMENT FILED UNDER SEAL
**EXHIBIT A**
Engagement Letter between SNR Denton and Asurion Corporation

DOCUMENT FILED UNDER SEAL
**EXHIBIT B**
SNR Denton's Internal "New Matter Form"

DOCUMENT FILED UNDER SEAL
**EXHIBIT C**
SNR Denton's Internal "New Business Intake Form"

DOCUMENT FILED UNDER SEAL
**EXHIBIT D**
SNR Denton's " New Business Intake Form"

DOCUMENT FILED UNDER SEAL
**EXHIBIT E**
SNR Denton's " New Business Intake Form"

DOCUMENT FILED UNDER SEAL
**EXHIBIT F**
Invoices sent to Asurion Insurance Services

DOCUMENT FILED UNDER SEAL
**EXHIBIT G**
Checks Received from Asurion Insurance Service and Asurion"