**EXHIBIT 2**

| ORDER NUMBER | 1891205 |
|---|---|
| REFERENCE ORDER NUMBER | 0 |
| BIN NUMBER | 0 |
| DELIVERY INSTRUCTIONS | |

Page 1 of 1



| ORDER DATE/TIME | PALM NUMBER | CUSTOMER NUMBER | CONTACT PHONE NUMBER | PAYMENT METHOD | TOTAL COST OF ORDER |
|---|---|---|---|---|---|
| 2012/07/19 09:50:00 | | IDON883501 | (202) 408-9223 | DEPOSIT ACCOUNT | $ 25.00 |

**BROADCAST MESSAGE**

**ORDER INFORMATION**

| ORDER LINE | PRODUCT TYPE | DOCUMENT IDENTIFIER | COPIES | STATUS | CUSTOMER REFERENCE |
|---|---|---|---|---|---|
| 1 | M1 | 0195280397 | 1 | FILLED | 10000695-0001 |

| E-MAIL |
|---|
| SHARON.NORWOOD@SNRDENTON. |

| FAX NUMBER |
|---|
| |

| CARRIER |
|---|
| |

| CARRIER TRACKING NUMBER |
|---|
| |

| CARRIER ACCOUNT NUMBER |
|---|
| |



A 1891205

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 27, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON JULY 09, 2007.

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Robert Meadows | 05/15/2007 |
| Jonathan Salcedo | 05/15/2007 |
| Garrett Larsson | 05/15/2007 |

### RECEIVING PARTY DATA

| Name: | Asurion Corporation |
|---|---|
| Street Address: | 648 Grassmere Park Drive |
| Internal Address: | Suite 300 |
| City: | Nashville |
| State/Country: | TENNESSEE |
| Postal Code: | 37211 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 11737900 |

### CORRESPONDENCE DATA

| Fax Number: | (650)798-0310 |
|---|---|

*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*

| Phone: | 650.798.0370 |
|---|---|
| Email: | nelder@sonnenschein.com |
| Correspondent Name: | Nathan Elder |
| Address Line 1: | Post Office Box 061080 |
| Address Line 2: | Wacker Drive Station, Sears Tower |
| Address Line 4: | Chicago, ILLINOIS 60606-1080 |

| ATTORNEY DOCKET NUMBER: | 40023250-0007-002 |
|---|---|
| NAME OF SUBMITTER: | Nathan Elder |

500310189

PATENT
REEL: 019528 FRAME: 0397

Total Attachments: 2
source=40023250-0007-002_Executed_Assignment#page1.tif
source=40023250-0007-002_Executed_Assignment#page2.tif

Attorney's Docket No.: 40023250-0007-002

# ASSIGNMENT

In consideration of good and valuable consideration, the receipt of which is hereby acknowledged, we, the undersigned:

**Robert Meadows, Jonathan Salcedo, and Garrett Larsson**

hereby sell, assign, and transfer to:

**Asurion Corporation**

having a principal place of business at 648 Grassmere Park Drive, Suite 300, Nashville, Tennessee 37211, U.S.A. ("Assignee"), and its successors, assigns, and legal representatives, the entire right, title, and interest for the United States and all foreign countries, in and to any and all inventions and improvements that are disclosed in the application for the United States patent filed on April 20, 2007 and assigned Application No. 11/737,900 and is entitled:

**Mobile Phone Data Backup System**

and in and to said application and all design, utility, divisional, continuing, continuation-in-part, substitute, renewal, reissue, and all other patent applications that have been or shall be filed in the United States and all foreign countries on any of said inventions and improvements; and in and to all original and reissued patents that have been or shall be issued in the United States and all foreign countries on said inventions and improvements; and in and to all rights of priority from the filing of said United States applications;

agree that said Assignee may apply for and receive a patent or patents for said inventions and improvements in its own name; and that, when requested, without charge to, but at the expense of, said Assignee, its successors, assigns, and legal representatives, to carry out in good faith the intent and purpose of this Assignment, the undersigned will execute all design, utility, divisional, continuing, continuation-in-part, substitute, renewal, reissue, and all other patent applications on any and all said inventions and improvements; execute all rightful oaths, assignments, power of attorney, and other papers; communicate to said Assignee, its successors, assigns, and legal representatives all facts known to the undersigned relating to said inventions and improvements and the history thereof; and generally assist said Assignee, its successors, assigns, or legal representatives in securing and maintaining proper patent protection for said inventions and improvements and for vesting title to said inventions and improvements, and all applications for patents and all patents on said improvements, in said Assignee, its successors, assigns, and legal representatives; and

**PATENT
REEL: 019528 FRAME: 0399**

covenant with said Assignee, its successors, assigns, and legal representatives that no assignment, grant, mortgage, license, or other agreement affecting the rights and property herein conveyed has been made to others by the undersigned, and that full right to convey the same as herein expressed is possessed by the undersigned.

**Each Inventor: Please Sign and Date Below:**

| Date | Name |
|---|---|
| 5/15/07 | Name: Robert Meadows |
| 5/15/2007 | Name: Jonathan Salcedo |
| 5/15/07 | Name: Garrett Larsson |
| | Name: |
| | Name: |
| | Name: |
| | Name: |
| | Name: |
| | Name: |

Assignment Document Return Address:
SONNENSCHEIN NATH & ROSENTHAL LLP
P.O. Box 061080
Wacker Drive Station, Sears Tower
Chicago, Illinois 60606-1080
Telephone: 415.882.5000
Facsimile: 415.882.5472

Docket No 40023250-0007-002

Page 2 of 2

RECORDED: 07/09/2007

PATENT
REEL: 019528 FRAME: 0400