UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SYNCHRONOSS TECHNOLOGIES, INC.,** | : : : : | |
| Plaintiff, | : : | Civil Action No. 11-5811 (FLW) |
| v. | : : | ORDER |
| | : : : | |
| **ASURION MOBILE APPLICATIONS, INC.,** | : : : : | |
| Defendant. | : : : | |
| **SYNCHRONOSS TECHNOLOGIES, INC.,** | : : : : | |
| Plaintiff, | : : : | Civil Action No. 11-6713 (PGS) |
| v. | : : : | |
| **ONMOBILE GLOBAL LIMITED, et al.,** | : : : : | |
| Defendants. | : : | |

This matter having been opened to the Court upon Defendants Asurion Mobile Application, Inc. ("Asurion"), Onmobile Glocal Limited, Onmobile USA LLC and Voxmobili S.A.s' (AOnmobile") (collectively, "Defendants") motions to stay this matter pending inter partes reexamination by the United States Patent and Trademark Office ("PTO") of U.S. Patent Nos. 6,671,757 (the "'575 patent"); 7,505,762 (the "'762 patent"); 7,587,446 (the "'446 patent"); and 7,643,824 (the "'824 patent") [Docket Entry No. 44 to 11-5811 and Docket Entry No. 31 to 11-6713]; and Plaintiff Synchronoss Technologies, Inc. ("Plaintiff") having opposed Defendants' motions [Docket Entry No. 47 to 11-5811 and Docket Entry No. 35 to 11-6713]; and the Court having reviewed all of the arguments made in support of and in opposition to Defendants' motions; and the Court having considered Defendants' motions without oral argument pursuant to

FED.R.CIV.P. 78; and for the reasons set forth in the Court's Memorandum Opinion accompanying this Order; and for good cause shown,

IT IS on this 22th day of March, 2013,

ORDERED that Defendants' motions to stay this matter pending *inter partes* reexamination by the PTO of the '575, '762, ;466 and '824 patents is GRANTED; and it is further

ORDERED that the Clerk of the Court stay and administratively terminate Civil Action Nos. 11-5811 and 11-6713; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motions [Docket Entry No. 44 to 11-5811 and Docket Entry No. 31 to 11-6713]; accordingly.

          s/Tonianne J. Bongiovanni  
**HONORABLE TONIANNE J. BONGIOVANNI**  
**UNITED STATES MAGISTRATE JUDGE**